DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  matthew.knepper@akerman.com

*Attorneys for Defendant Synchrony Bank*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CECILIA RAMOS,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>BANK OF AMERICA, N.A., CAPITAL ONE BANK, N.A., MACY'S, INC., DEPARTMENT STORES NATIONAL BANK, R.C.WILLEY HOME FURNISHINGS, SYNCHRONY BANK, WELLS FARGO FINANCIAL NEVADA, INC., and EQUIFAX INFORMATION SERVICES, LLC.<br><br>　　　　　　　Defendants. | Case No.: 2:15-cv-00191-GMN-PAL<br><br>**STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT SYNCHRONY BANK TO ANSWER OR OTHERWISE PLEAD** |

Plaintiff Cecilia Ramos ("Plaintiff") and Defendant Synchrony Bank ("Synchrony"), by and through counsel, hereby stipulate to an extension of time of 30 days, up to and including May 11, 2015, for Synchrony to answer or otherwise respond to Plaintiff's *Complaint for Damages Pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681, et. seq.* ("Complaint").

1. Plaintiff's Complaint was filed February 3, 2015.  [Doc. 1]

2. On February 9, 2015, Plaintiff mailed a Waiver of Service of the Summons to Synchrony.

{30783163;1}

3. On April 1, 2015, Plaintiff filed a waiver of service signed by counsel for Synchrony on March 9, 2015. [Doc. 11]

4. The parties have agreed to an extension of time of 30 days for Synchrony to answer or otherwise respond to Plaintiff's Complaint.

The parties therefore respectfully request that this Court enter an order granting an extension of time of 30 days, up to and including May 11, 2015, for Synchrony to answer or otherwise plead.

Dated: April 10, 2014

Respectfully submitted,

/S/ *Danny Horen*
DANNY J. HOREN, ESQ.
Nevada Bar No 13153
7854 W. Sahara Avenue
Las Vegas, NV 89117

DAVID H. KRIEGER, ESQ.
HAINES & KRIEGER, LLC
Nevada Bar No, 9086
8985 S. Eastern Avenue, Suite 130
Las Vegas, NV  89123

*Attorneys for Plaintiff*

/s/ *Matthew Knepper*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
MATTHEW I. KNEPPER
Nevada Bar No. 12796
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendant Bank of America, N.A.*

**IT IS SO ORDERED:**

DATED: April 21, 2015

U.S. MAGISTRATE JUDGE
PEGGY A. LEEN

{30783163;1}