David H. Krieger, Esq.
NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **CECILIA RAMOS,**<br><br>             Plaintiff,<br><br>       v.<br><br>**BANK OF AMERICA, N.A., CAPITAL ONE BANK, N.A., MACY'S, INC., DEPARTMENT STORES NATIONAL BANK, R.C. WILLEY HOME FURNISHINGS, SYNCHRONY BANK, WELLS FARGO FINANCIAL NEVADA, INC. and EQUIFAX INFORMATION SERVICES, LLC**<br><br>             Defendants**.** | **Case No.:** 2:15-cv-00191-GMN-PAL<br><br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND WELLS FARGO FINANCIAL NEVADA, INC.** |

1  **NOTICE IS HERBY GIVEN** that the dispute between CECILIA RAMOS ("Plaintiff")
2  and Defendant WELLS FARGO FINANCIAL NEVADA, INC. ("Wells Fargo") has been
3  resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the
4  Action as to the named Plaintiff's claims against Wells Fargo, with Prejudice, within 60 days.
5  Plaintiff requests that all pending dates and filing requirements as to Wells Fargo be vacated and
6  that the Court set a deadline on or after August 14, 2015 for filing a Dismissal as to Wells Fargo.

Dated: June 15, 2015

RESPECTFULLY SUBMITTED,

By: /s/ Danny J. Horen
    DANNY J. HOREN, ESQ.
    ATTORNEY FOR PLAINTIFF

IT IS SO ORDERED this 15th day of June, 2015.

_____
Peggy A. Leen
United States Magistrate Judge