David H. Krieger, Esq.
NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **CECILIA RAMOS,**<br><br>  Plaintiff,<br><br>  v.<br><br>**BANK OF AMERICA, N.A., CAPITAL ONE BANK, N.A., MACY'S, INC., DEPARTMENT STORES NATIONAL BANK, R.C. WILLEY HOME FURNISHINGS, SYNCHRONY BANK, WELLS FARGO FINANCIAL NEVADA, INC. and EQUIFAX INFORMATION SERVICES, LLC**<br><br>  Defendants**.** | **Case No.:** 2:15-cv-00191-GMN-PAL<br><br><br>**[FIRST] STATUS REPORT RE: SETTLEMENT BETWEEN PLAINTIFF AND WELLS FARGO FINANCIAL NEVADA, INC.** |

NOTICE OF SETTLEMENT

The dispute between Plaintiff CECILIA RAMOS ("Plaintiff") and Defendant WELLS FARGO FINANCIAL NEVADA, INC. ("Defendant") has been resolved on an individual basis. The parties have reached settlement terms, and the agreement is awaiting approval by Defendant. Once the settlement terms are fulfilled, Plaintiff will dismiss the claims against Defendant, with Prejudice. Plaintiff requests that all pending dates and filing requirements as to Plaintiff and Defendant continue to be vacated and that the Court set a deadline on or after September 16, 2015 for filing a status report or Dismissal of Defendant.

Dated: August 17, 2015

RESPECTFULLY SUBMITTED,

By: /s/ Danny J. Horen_____
DANNY J. HOREN, ESQ.
ATTORNEY FOR PLAINTIFF

IT IS SO ORDERED this 18th day of August, 2015.

_____
Peggy A. Leen
United States Magistrate Judge

NOTICE OF SETTLEMENT                                                                                           2