UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CECILIA RAMOS,<br><br>                              Plaintiff,<br>v.<br><br>BANK OF AMERICA, N.A., et al.<br><br>                              Defendants. | Case No. 2:15-cv-00191-GMN-PAL<br><br>ORDER |

Before the court is the Notice of Settlement between Plaintiff and Bank of America, N.A. (Dkt. #44) filed September 9, 2015, and the Second Status Report Re: Settlement Between Plaintiff and Wells Fargo Financial Nevada, Inc. (Dkt. #45).

In the Notice of Settlement (Dkt. #44) the parties advise that the dispute between Plaintiff Cecilia Ramos and Defendant Bank of America N.A. has been resolved, and they anticipate dismissal documents being filed no later than November 9, 2015.

In the Second Status Report Re: Settlement Between Plaintiff and Wells Fargo Financial Nevada, Inc. (Dkt. #45), the parties report that they are still working on settlement documents in this matter which they anticipate will be filed no later than October 31, 2015.

Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Bank of America, N.A. shall have until **November 9, 2015,** to either file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

/ / /

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that Plaintiff and Defendant Wells Fargo Financial Nevada, Inc. shall have until **October 31, 2015,** to either file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 21st day of September, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE